**Opinion issued June 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00619-CR
_____

## EX PARTE CHRISTOPHER MICHAEL JACKSON

---

**Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1763151**

---

## MEMORANDUM OPINION

Appellant Christopher Michael Jackson, proceeding pro se, filed a notice of appeal dated May 22, 2025 challenging the trial court's ruling denying bond pending appeal, that was entered more than five months earlier, on December 6, 2024. Because appellant's notice of appeal was not timely filed, we lack

jurisdiction over this appeal. *Ex parte Ilodiguwe*, No. 01-14-00500-CR, 2014 WL 3698178, at *1 (Tex. App.—Houston [1st Dist.] July 24, 2014, no pet.) (dismissing appeal for lack of jurisdiction where notice of appeal from order denying request to set bail pending appeal, was filed 18 days after deadline); *see* TEX. R. APP. P. 26.2(a) (notice of appeal must be filed within 30 days after trial court enters appealable order or within 90 days after sentence imposed if appellant timely files motion for new trial).

Accordingly, we dismiss this appeal for want of jurisdiction. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.

Do not publish. Tex. R. App. P. 47.2(b).